IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARIUS HOWELL                                                                                    PLAINTIFF

VS.                                           CASE NO. 12-CV-1090

CITY OF MAGNOLIA, ARKANSAS;
ROBERT PHILSON; and J. FERGUSON,
In their Individual Capacities as Police Officers
for the City of Magnolia, Arkansas                                                        DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Parties. (ECF No. 11). Plaintiff seeks to dismiss Separate Defendants City of Magnolia, Arkansas and J. Ferguson in his individual capacity. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion should be and hereby is **GRANTED**. Plaintiff's claims against Separate Defendants City of Magnolia, Arkansas and J. Ferguson in his individual capacity are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge